In re Nominating Paper of Marakay ROGERS, Christina Valente, and Carl J. Romanelli as Candidates of an Independent Political Body for Governor, Lieutenant Governor, and U.S. Senator in the General Election of November 7, 2006

William R. Caroselli, Fred R. Levin, Daniel J. Anders and Peter D. Winebrake

Appeal of Lawrence M. Otter and Carl J. Romanelli.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.** Appellants' Motion for Oral Argument is **DENIED.**

Madame Justice TODD did not participate in the consideration or decision of this case.